**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Littlejohn, Steven Smith, Sr., and Columbus
Austin, Defendants,

Of whom Jessica Littlejohn is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001655

———————

Appeal From Cherokee County
Phillip K. Sinclair, Family Court Judge

———————

Unpublished Opinion No. 2020-UP-060
Submitted February 5, 2020 – Filed March 4, 2020

———————

**AFFIRMED**

———————

Shawn M. Campbell, of Campbell Law Offices, of
Spartanburg, for Appellant.

Donae Alecia Minor, of Minor Law Offices LLC, of Fort
Mill, as the Guardian ad Litem for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for the Guardian ad Litem for the minor children.

--------

**PER CURIAM:** Jessica Littlejohn appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Littlejohn's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and GEATHERS and HEWITT, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.